1   J. RANDALL ANDRADA (SBN 70000)
    randrada@andradalaw.com
2   NICOLE ROMAN (SBN 267730)
    nroman@andradalaw.com
3   **ANDRADA & ASSOCIATES**
    **PROFESSIONAL CORPORATION**
4   180 Grand Avenue, Suite 225
    Oakland, California  94612
5   Tel.:   (510) 287-4160
    Fax:   (510) 287-4161
6
    Attorneys for Defendant
7   D.M. DUNSTAN

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12

13  | RUBEN ODELL BOULWARE, | Case No.: 4:09-cv-02792-CW |
    |---|---|
14  | Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTION** |
15  | v. | |
16  | D.M. DUNSTAN, | |
17  | Defendant. | Action Filed: June 24, 2009 |

19      The Motion to Extend the Deadline to File Dispositive Motion by defendant D.M.
20  DUNSTAN and all related pleadings were submitted to this Court.  The Court, having read and
21  considered the motion and related papers in this matter, and all other matters presented to the Court,
22  and good cause appearing therefore, hereby GRANTS the motion and makes the following an Order
23  of this Court:
24      IT IS ORDERED that Defendant shall file a motion for summary judgment or other
25  dispositive motion no later than **forty-five (45) days after this motion is granted**.  The motion shall
26  be supported by adequate factual documentation and, if applicable, shall conform in all respects to
27  Federal Rule of Civil Procedure 56.  If Defendant is of the opinion that this case cannot be resolved
28

1

1  by dispositive motion, he shall so inform the Court prior to the date the motion is due.  All papers
2  filed with the Court shall be promptly served on Plaintiff.
3      IT IS FURTHER ORDERED that Plaintiff's opposition to the dispositive motion shall be
4  filed with the Court and served on Defendant no later than **sixty (60) days** after the date on which
5  Defendant's motion is filed.  Plaintiff is referred to the Court's Order of Service filed May 7, 2010,
6  at Docket No. 4, regarding summary judgment.
7      IT IS FURTHER ORDERED that Defendant's reply brief shall be filed no later than **thirty**
8  **(30) days** after the date Plaintiff's opposition is filed.
9      IT IS FURTHER ORDERED that the motion shall be deemed submitted as of the date the reply
10  brief is due.  No hearing will be held on the motion unless the Court so orders at a later date.
11      IT IS SO ORDERED.

13  Dated: **10/4/2010**

15  _[signature]_
16  THE HON. CLAUDIA WILKEN
    United States District Court Judge

2