IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ODELL BOULWARE,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER D. M. DUNSTAN,<br><br>    Defendant._____/ | No. C 09-02792 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

    Plaintiff has filed a request for an extension of time in which to file his opposition to Defendant's Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. Plaintiff may file his opposition to Defendant's Motion For Summary Judgment up to <u>February 20, 2011</u>.

    Defendant shall file a reply brief no later than <u>thirty (30) days</u> after the date Plaintiff's opposition is filed.

    This Order terminates Docket no. 17.

    IT IS SO ORDERED.

Dated: 2/2/2011

                                               _/s/ Claudia Wilken_<br>
                                               CLAUDIA WILKEN<br>
                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RUBEN ODELL BOULWARE,

        Plaintiff,

  v.

D M DUNSTAN et al,

        Defendant.

Case Number: CV09-02792 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ruben Odell Boulware
5558 Dairy Avenue
Long Beach, CA 90805

Dated: February 2, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk