UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RUBEN ODELL BOULWARE,<br><br>   Plaintiff,<br><br>  v.<br><br>D. M. DUNSTAN,<br><br>   Defendant.<br>_____/ | No. 4:09-CV-02792 CW (NJV)<br><br>ORDER RE LETTER FILED OCTOBER 10, 2011<br>(Docket No. 23.) |

  On October 10, 2011, Nicole Roman, Counsel for Defendant, filed a letter with the Court, informing the Court of a telephone conversation that she had with Plaintiff on October 5, 2011. In that conversation, Plaintiff informed Counsel that he is unable to personally attend the pending settlement conference due to travel restrictions imposed as a condition of his parole.

  Plaintiff is hereby informed that pursuant to the Court's order entered September 26, 2011, he has been ordered to appear at the settlement conference on October 20, 2011, in San Francisco. Plaintiff is directed to explain this matter to his parole officer and to request permission to travel to the settlement conference. If Plaintiff's parole officer has any questions regarding this matter, he should contact the Court at 707-445-3612.

  In her letter of October 10, 2011, Counsel for Defendant also requests permission to have Jason Hurtado, the authorized representative for the CDCR, appear at the settlement conference telephonically. While the Court appreciates the budgetary constraints faced by the State of California, the Court has found that the presence of the CDCR representative is crucial to the success of settlement conferences

in these types of cases. The Court therefore DENIES the request to have the CDCR representative appear telephonically at the settlement conference.

IT IS SO ORDERED.

Dated: October 11, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RUBEN ODELL BOULWARE,<br><br>   Plaintiff,<br><br> v.<br><br>D. M. DUNSTAN,<br><br>   Defendant.       / | No. 4:09-CV-02792 CW (NJV)<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on October 11, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Ruben Odell Boulware
5558 Dairy Avenue
Long Beach, CA 90805

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3