J. RANDALL ANDRADA (SBN 70000)
NICOLE ROMAN (SBN 267730)
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendant
D.M. DUNSTAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUBEN ODELL BOULWARE,<br><br>Plaintiff,<br><br>v.<br><br>D.M. DUNSTAN,<br><br>Defendant. | Case No.: 4:09-cv-02792-CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF DEFENDANT WITH PREJUDICE**<br><br>Action Filed: June 24, 2009 |

Defendant D.M. DUNSTAN, by and through his counsel, NICOLE ROMAN of Andrada & Associates, and Plaintiff, RUBEN ODELL BOULWARE, in pro se, submit the following Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS FURTHER STIPULATED that each party shall bear its own costs.



ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

Date: December 9, 2011

RUBEN ODELL BOULWARE

By /s/ Ruben Odell Boulware
RUBEN ODELL BOULWARE

Dated: December 12, 2011

ANDRADA & ASSOCIATES

By /s/ Nicole Roman
NICOLE ROMAN
Attorneys for Defendant
D.M. DUNSTAN

Plaintiff RUBEN ODELL BOULWARE's claims against Defendant D.M. DUNSTAN are HEREBY DISMISSED WITH PREJUDICE pursuant to the stipulation between the parties.

IT IS SO ORDERED.

DATED: 12/14/2011

HONORABLE CLAUDIA WILKEN