J. RANDALL ANDRADA (SBN 70000)
NICOLE ROMAN (SBN 267730)
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:    (510) 287-4161

Attorneys for Defendant
D.M. DUNSTAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUBEN ODELL BOULWARE,<br><br>    Plaintiff,<br><br>    v.<br><br>D.M. DUNSTAN,<br><br>    Defendant. | Case No.: 4:09-cv-02792-CW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF DISMISSAL OF**<br>**DEFENDANT WITH PREJUDICE**<br><br>Action Filed:  June 24, 2009 |

Defendant D.M. DUNSTAN, by and through his counsel, NICOLE ROMAN of Andrada & Associates, and Plaintiff, RUBEN ODELL BOULWARE, in pro se, submit the following Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS FURTHER STIPULATED that each party shall bear its own costs.

1  Date:   December 9, 2011                                     RUBEN ODELL BOULWARE

                                                                 By   /s/ Ruben Odell Boulware
                                                                 RUBEN ODELL BOULWARE


   Dated:      December 12, 2011                                ANDRADA & ASSOCIATES

                                                                         /s/ Nicole Roman
                                                                 By _____
                                                                 NICOLE ROMAN
                                                                 Attorneys for Defendant
                                                                 D.M. DUNSTAN

   Plaintiff RUBEN ODELL BOULWARE's claims against Defendant D.M. DUNSTAN are HEREBY DISMISSED WITH PREJUDICE pursuant to the stipulation between the parties.

   IT IS SO ORDERED.

   DATED:   12/14/2011

                                                                 _____
                                                                 HONORABLE CLAUDIA WILKEN

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

2

{00076671.DOC/}DOC 0861
STIPULATION OF DISMISSAL

*Boulware v D. M. Dunstan*
4:09-cv-02792-CW